UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 23-cr-237 CJN |
| ) | |
| **NATHAN EARL HUGHES** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF JOINDER

Defendant Hughes has reviewed the scheduling order and put forth by the government at EFC No. 93. Defendant Hughes has no opposition and therefore joins the motion.

Dated: December 22, 2023         Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*