William E. Stover, IV
5298 Bardstown Road
Elizabethtown, Kentucky 42701

April 22, 2024

Hon. Carl J. Nichols
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Nichols:

I wanted to write to express my remorse for my involvement in the West Terrace Tunnel on January 6, 2021. If I had it to do over again, I would never have followed the crowd to the Capitol that day. The events of that day haunt me each and every day.

I went to Washington, D.C., to hear then President Trump speak. I went with three other men to the Washington, D.C., Kenny Simms (who was 68), Kurt Peterson, and a third man who knew Kenny (and was in his 70s). I had a paintball vest and a mask that day, because I read that Antifa and other groups were planning to assault and confront President Trump's supporters at the rally.

The crowd walked to the Capitol and I followed. I was caught up in the moment. As we got close, Kurt peeled off from our group to go to the Capitol. Kenny told me, a few minutes later, to go find Kurt and bring him back. I never did find Kurt. I approached the Capitol, thinking it would be a protest.

After I got into the tunnel, and could see, I found myself being jostled by the crowd – I was being pushed from behind and into those in front of me. The events in that tunnel and around it were out of control. I know the Government has suggested that I was involved in "coordinated pushes" against the police line, but I don't recall "coordination" – I recall chaos – a situation that was out of control and I was in the middle of it. I was in the crowd and being pushed and pulled against, and as a result of that, I participated and pushed against others, but what I remember from January 6 was being pushed against and the situation being out of control.

I also remember (and there is video) of one of the protesters asking the police if the crowd just sat down if the pepper spraying and use of batons on the crowd would stop; the officer said yes, and so several of us turned around and sat down.

I know that the Government has taken issue with me pulling myself up onto the wood siding – I remember being pressed between people, pepper spray was in the air, and I pulled myself up. I was being pushed against and attempted to hang on so as to not be knocked off and back into the crowd.

1

I also remember being pepper sprayed, being blinded, and I reached out and made contact with an officer's helmet. I wasn't trying to hurt the police.

I saw officer Fanone being tased and beaten, and I yelled to someone who was closer to him, "go down there and tell them not to hurt him, don't hurt him." I later can be seen on video helping to pull Officer Fanone from the crowd and back to the police line.

I was shocked by the events of January 6. I think I still am stunned – I did not remember many of the events of that day until I went through the discovery in this case and it caused me to remember all of it. I should never have gone to the Capitol, and regret my involvement.

I am a father, husband, and small business owner. My business has gone down due to the negative publicity – my business is based on word of mouth and reputation and I know it will never recover. I have lost respect in the business and greater community, who know I will be a convicted felon for the rest of my life. I have friends that will not even talk to me. People have driven by house and screamed obscenities at me. I understand that we will lose the business if there is a substantial term of incarceration. I know my actions on January 6, in a couple hour period, caused all of this harm and I am solely responsible for it.

The thing that hurts the most for me is the knowledge that my actions now have me facing a substantial term in prison, and the knowledge that my wife will be forced to be in a position to have to support our children without me for that period – while she tries to manage our special needs son. I think every day about the harm that this causes my wife and our children, and I want to apologize to them for all of this. I have to look at my children everyday, knowing that I may have to spend substantial time away from them, and my older son is still afraid from the FBI raid of our residence.

It isn't just the immediate consequences – they will grow up being embarrassed of their dad – a convicted felon. I set a horrible example for my children, and I know that there will be difficult and painful conversations I will have to have with them, and particularly my older son, as they get older.

I want to apologize to the Court, and the Government, for my actions on January 6, 2021. I wish I could take them back. But I am prepared to accept the consequences for those actions.

Sincerely,

William E. Stover, IV

2

04/12/2024

Dear Judge Nichols,

We have never spoken or met so please allow me a moment to give you a little background information about me. I was raised in a loving 2-parent Southern Baptist home in Northern Georgia. I attended Christian private school and finishing school as well. Young ladies my age were taught how to be good wives and mothers, how to manage a household of course, but also to select husbands who love God, have integrity, and who will be good providers and fathers to our children. Being a singe mother was something I was determined to never be, and I was very selective about who I entertained during my dating years. But enough about myself. Let me tell you about my husband.

In stark contrast to my upbringing, Jesse was raised without a father in the house by his hardworking and capable mother in Southern Michigan. They didn't have much money, but she *always made sure Jesse had what he needed, and he was undoubtedly well-loved.* As you know, regardless of how much they are loved, boys who grow up without a father in the home are markedly more prone to committing and being incarcerated for crimes than their counterparts who are raised in two-parent homes. They are also more at risk to abuse alcohol and drugs and commit suicide as well. My husband faced obstacles in his journey to manhood that are far too common in our nation these days. But against the odds, Jesse bootstrapped himself out of poverty and hardship to become the loving father and husband and successful business owner that he is today. That is surely a testament to his drive, his determination, and his character.

We have been married for 13 years as of April 24th this year. Has my husband been a perfect human these last 13 years? Absolutely not. But then again, neither have I. No one has. What's important is that he has learned from his mistakes, and he tries very hard not to repeat them. He has grown as a man, a father, and husband so much in the last decade and I am extremely proud to be called his wife. It has been difficult for me to watch him slowly lose his reputation and the bulk of our business he took such pride in building after the news of his arrest began to spread around our small close-knit community. The consequences of my husband's presence at the Capitol on January 6th have already hurt us financially but we are working diligently as a team to maintain and pull through this.

As we both know, prison sentences are meant to provide consequences for and facilitate the rehabilitation of criminals. As a man of integrity my husband as no problem facing the consequences of his actions. He's been shouldering quite a bit of those consequences already these last 3 years. Putting him in prison for more than a few weeks, in addition to the hits his business and his reputation have taken, would not only punish my husband, but our children as well. Jesse's number one priority for the last 25 years has been our children. He never fails to make sure our children are loved and have everything they need to become successful, well-adjusted happy adults. And naturally, our children's well-being is tied to the success of Jesse's business.

Jesse's line of work legally requires him to have specialized training and certifications that are specific to the water restoration and mold remediation fields. He works with his customers' insurance companies and legally he must be certified to sign off on the paperwork he sends to them. He had to be trained on a complex and expensive web-based software program to produce

and complete the paperwork for the insurance companies. He had to go to water school out of state for a month and graduate. He must regularly complete continuing education classes in order to maintain his certification through the IICRC. He had to build and must maintain good working relationships with the insurance adjusters. And that's just a small portion of the requirements for his position. We cannot just hire any person off the street and have that person take over Jesse's position. Jesse is essentially irreplaceable at the helm. I gladly would step in and help to run things while he is gone. I personally have no issue stepping in for him and providing for our family in his stead. However, I do not have the certifications, knowledge, or the years of experience that Jesse has. I cannot procure those in such a short amount of time.

Another roadblock is that our youngest son, Elias, has special needs. He has a genetic disorder called Rett Syndrome. He needs help to walk and stand and he can only speak 3-word sentences. He is potty trained but needs help to climb onto and off of the toilet. He can feed himself, but he does need help to make sure he doesn't drop or spill his food and drinks. He also has several severe environmental and food allergies. He requires specialized round the clock care that goes beyond the scope of a home health nurse or an au pair. He cannot attend regular school and as such I have designed and customized a home school curriculum to meet him where he is at and help him to develop as much as his condition will allow. We spend a lot of time traveling to and from specialists' offices, some of those offices are hours away, and attending multiple different therapies. I cannot work for and run our business properly while also maintaining the level of care Elias requires and to which he is accustomed, despite my willingness to do so. A regular 9-5 job or even a well-paying work from home job will not afford us what we would need to maintain our business and our life as it currently stands.  Because we do not have a qualified person to take Jesse's place long term, an extended period of incarceration for him would severely damage and likely end our business and put us in jeopardy of losing everything Jesse has worked so diligently to gain.

Your Honor, I understand that Jesse has made a serious mistake and he must be held accountable for it. However, it is a mistake he has never made before and one I can say with absolute certainty that he will never repeat. Therefore, I must humbly ask you to please have mercy, not just on Jesse, but on our children. When you hand down his sentence today, please think of our children who adore and look up to their father. Our children who are dependent on him to provide everything they need to be secure and grow into successful and productive pillars of the community one day. Have mercy on our children who will ultimately pay the price for their father's mistake should you choose to incarcerate him today. My husband is already losing his right to vote and his right to bear arms. Please do not take away his ability to provide for our family on top of that. Thank you for your time and your consideration of my words today.

Respectfully,

Mrs. William E. Stover IV

Your Honor,

I am writing you this letter on behalf of my son, William Stover (Jesse). He is not a criminal, nor is he a domestic terrorist. He is in fact a father of 5 children. The 3 oldest children lost their mother at ages 9, 11 and 12. My son raised those 3 children, was with them through that horrific time. They all graduated high school and all have jobs with excellent work ethics. The 4th child, now 11 years old attends Christian School. The youngest is 7 years old with many special needs and stays at home with mom.

My special needs grandson is able to stay at home with mom and my 11 year old grandson is able to attend Christian School because my son is a successful business owner. This business has also opened doors for my son to be able to help out family and friends going through hard times. Also help out the hurricane victims by going to Florida personally with his business equipment (carpet and floor clean and restoration) etc.

My son has a big heart and has been blessed. He has worked very hard to get where he's at. He would give you the shirt off his back if needed. He needs to be home with his family!

KA0005

Jesse has grown to be a God fearing Christian, a great father, husband a man of his word and a proud American!

I am proud to call William Stover my son. His journey has been tough at times but he always found his way to back to right. I am praying for God to grant us all wisdom, guidence and mercy through this mess.

Thank you so much for your time.

Sincerely,

Wanda M. Reeves

Your Honor,

Coming into your courtroom today is a buisness man, father, son, uncle and so much more. This man standing in front of you today is a person who would give you the very shirt off his back. This man is my father. The very man who has been there through so much fighting for the ones he loves. William Stover went to D.C. with the best of intentions to peacefully protest for his familys future. To be in the position that this man is in is a nightmare for everyone involved. Today or whenever you read this is a man who is hoping and praying for mercy. He deserves to stay with his five beautiful babies and not miss any time with them. This man has a disabled son who is so young but so bright and sweet. His second youngest sanders who is also bright and sweet needs his dad who has his back through thick and thin. His wife is a stay at home mom of these bright young boys who needs this man to stay home and continue to support and love them. If you decide to take this man today this beautiful family will be lost.

A-0007

They will be lost knowing that dad
wont be coming home. They will
have so many questions that we
cant answer. Everyone in this
family will loose this man because
of him fighting for his family.
We ask you to have mercy on
this man today so that he can
continue to grow with his family
and friends. Allow this man
to continue to grow in this
community and as a person. Today
take in consideration everything good
he has done in his life and what
he has waiting for him in his
future.

sincerely,

Taylor Stover

Goodmorning,

My name is Benjamine Taylor.

Jesse is my soon to be father-inlaw. I'm engaged to his daughter, Taylor Stover.

I have known Jesse for the past fore years, and I have seen this man do what ever he can for his family. Jesse is a very passionate father to his kids, and will do anything for them.

Jesse works so hard to raise his smart, kind, and funny 12 year old son, and his wonderfull, sweet, and kind horted 8 year old disabled son. Jesse and I did not always see eye to eye, but I will say this man is a man I look up too. I would like to be as hard working and supported to my future family as he is to his family.

Jesse went to D.C because he loves his family and his country. Jesse went to D.C with the attention to be apart of a pecefull protest but went down hill fast. Jesse took me in like his own kids. I can always ask him for help when I need him. I'm proud to call Jesse my father-inlaw. Jesse sacerfises himself for his family as well as his comunity. I will always say he is there for his family when thay call for him.

Thank you for reading -

sincerely,

Benjamine Taylor

Your Honor,

My name is Branden Molina. I am William Stover's (Jesse) brother-in-law. I have known Jesse a little over a decade now. Since I met him, Jesse has taken me under his wing. ~~I have worked alongside him and~~ I have worked for him and alongside him the last 10 years. Yes, he has had his faults but Over all he's a good person and helps out and takes care of his family in every way he can. I've never seen him fight or get to upset at anything. So I'm wrighting you this letter to in hopes you will do the right thing and give another chance.

January 11, 2024

The Honorable Judge Nichols,

My name is Donna Alldaffer.  I live in Clarksville, Indiana.  My family lives in Elizabethtown.  I was born and raised there and moved to Indiana when I got married 43 years ago.

I am writing you on behalf of Jesse Stover.  I met him a few years ago when I contacted him for some work my father needed done at his home in Elizabethtown.  I was his caretaker for many years before he passed.  At the time my father was 97 years old and he needed some carpet cleaned in his home.

Jesse was very professional and we were happy with his service.  My father was a WWII veteran and Jesse took great interest in him.  I was very appreciative that Jesse was very respectful to my father and further encouraged him to document his memoirs for future generations.  Jesse continued to visit my father time and time again becoming a good friend to him.  He brought his family over to meet dad and even brought him several pies which really impressed me.  It's refreshing to see younger people take an interest in the elderly.  Jesse and I have remained friends through social media.

I want to bring to your light the kind of person he is in spite of the allegations that he has faced in recent time and I would like to beg for his leniency.  Jesse is a true gentleman and I'm certain he has learned from this experience.

I am thankful for the opportunity to have met him.  I appreciate your taking into consideration this letter of character. Thank you.

Donna Alldaffer
405 W Carter
Clarksville, IN  47129

Thursday, March 21, 2024

To Whoever it May Concern,

This letter is regarding William "Jesse" Stover, who is the son of a friend of mine, Ms. Wanda Reeves.  I am writing to ask you to please not require prison time for William Stover.

First, Mr. Stover has two young children, an 11 year-old son and a 7 year-old son.  His 7 year-old son has a disability and cannot speak or walk.  He requires great assistance.  Incarcerating Mr. Stover would have a negative effect on both children but the young disabled son requires much care and needs both parents.

Second, Mr. Stover owns his own business.  If he was incarcerated even briefly, it would be detrimental to his carpet business.  It could have a long-lasting effect for the owner of a small business to be incarcerated for any period of time.

Third, Mr. Stover's mother, Wanda Reeves, was in the hospital for a week with her heart problems until yesterday.  I'm sure you can understand the stress that all this has put on her and the further stress an incarceration would cause.

I implore you to seek a resolution that would not require incarceration.

Sincerely,

Stephanie Paige Lopez
108 Amy Ct.
Elizabethtown, KY 42701

To Whom It May Concern:

I am writing in regards to Jesse Stover, a former student and someone I consider a friend.  My name is Joshua Johnson.  I am in my 22nd year as a public school teacher here in Elizabethtown, Kentucky.  I am also the owner of a 21 year old martial arts business.

I have personally known Mr. Stover for nearly 2 decades.  He  has been a student of mine and I have also had the pleasure of teaching all of his children.  During his time as a  student, I was impressed with Mr. Stover's  work ethic, his attention to detail, and his coachability.  He was always a good training partner and a good friend to the very diverse students we service.  Over his time with us, he elevated himself as an example and leader within our organization.

The Jesse Stover I know is a dedicated family man and hard worker.  He runs a successful business and carries a great reputation.  I have even hired him and his boys to help me work on my landscaping.

In conclusion, I would like to emphasize that Jesse Stover has been a fine citizen and is a great asset to our community. I am always impressed with his dedication as a husband and father.   While we have occasionally disagreed on politics, our common ground has always been dedication to our community and fellow citizens.

Sincerely,

*Joshua L. Johnson*

Joshua L. Johnson

Dear Judge

My name is Dean Dugger, and I am writing this letter on behalf of my friend Jesse Stover whom I have known personally and professionally for approximately 4 years.

In my experience and dealings with Jesse, I have found him to be someone who possesses several remarkable traits. I have found him to be honest, polite, helpful, sincere, and responsive to the needs of others. Jesse is a man who stands for what he believes in and is a good husband, father, and provider for his family. His work requires him to respond to customers emergency needs during all hours of the day & night providing empathy and support to his customers. He is typically one of the first persons on scene following a loss and assists his customers with mitigation needs and helps put their mind and concerns at ease thru the process. In my experience with Jesse, he has always conducted himself professionally and has worked to the benefit of his customers and our members. Several of my members have even provided positive feedback to me on their interactions with Jesse during their claim.

The most notable attribute I have found concerning Jesse since meeting him however is that he is very proud and respectful of his family and others which is an extremely positive trait not often found these days. There is no doubt that if he were taken away from his family for any amount of time, that it would negatively impact and devastate the lives of his wife and children.

Thank you for taking the time to read this letter. I am available to answer any questions you might have and hope this letter will make an impact on how you look at Jesse Stover.

*Dean Dugger*

Senior Property Claims Adjuster

Property Claims Operations, USAA Insurance

carroll.dugger@usaa.com

210-627-8604

To the Honorable Judge Carl Nichols,

I am writing on behalf of Mr. Jesse Stover in support of his character and in pursuit of leniency in sentencing for his participation in the events at our nation's capital on January 6, 2021.

To speak of Mr. Stover's character is to speak of the impression he made upon my late father, Kenneth Sims, who passed on the 8th of February this year...and in some sense, I will seek to speak on his behalf. For the good part of the last 13 years, I and my family have lived abroad, where I serve in an undisclosed location [for security purposes] in Southeast Asia as both a missionary and pastor. However, I first made acquaintance with Mr. Stover in the Summer of 2016 while home on sabbatical. In the year leading up to our meeting, Mr. Stover had won the trust and support of my father, who at that time was his landlord.

In the simplest terms, this was no easy task. My father was a man of stellar reputation in Elizabethtown, Ky, primarily known for his unflinching honesty, his ability to spot conmen and liars, as well as his devotion and love for those whom he found to be sincere, truthful, and hardworking, regardless of race, ethnicity, and personal history.

In the course of time that Mr. Stover rented from my dad, he had won his approval by his dedication to hard work and willingness to grow and be mentored by my dad in both his professional and private life. His whole life Mr. Stover longed for a father-figure to validate and esteem him, having found that in my own father, he worked hard to become the man my father believed he could be.

It was around the time of our meeting that my father had assisted Mr. Stover in purchasing Pile's Carpet Care & Restoration Services, a venture he would not have entered into lightly unless he had full trust in the person into which he entered as a partner. I found Mr. Stover to be the person my dad had spoken of -a little rough around the edges- but, nonetheless, a man of character, integrity, and hard work. This spoke not only of his professional work but as someone, I found, seeking to do better as a husband and father than the example left behind for him by his own absentee father.

Since 2016 I've had semi-regular interactions with Mr. Stover, particularly on my furloughs back to the United States in 2019, 2021-22, and presently, and in these times, I've found him to be the same man as described above...a man who increasingly was someone that my father leaned upon more and more as his own health started to fail. I am grateful for Mr. Stover filled in as something of a surrogate in my absence as emotional support for my mother, accompanying her at the various doctors' appointments for my dad, especially in the initial stages of heart failure and subsequent surgery.

To Whom it May Concern,

I'm writing this letter regarding my friend Jesse Stover. My late husband and I have known Jesse for almost 10 years and regard him as a close friend. As a matter of fact, my husband, Kenneth Sims, was once his landlord and after seeing the drive & ambition of Jesse, decided to help him start his first business. Knowing an older gentleman who was going out of business due to his age, Kenny helped Jesse in buying that business. After just a couple of years, Jesse had paid every bit of a loan back to us and then shortly afterwards was able to buy his own home.

Jesse is a great father, husband, hard worker and friend not to mention a very loyal American, he loves his country very much! I'm at a loss to understand how he was involved in anything that would "harm our country", and I will say that Jesse has had our support throughout this ordeal. His youngest son, who was diagnosed with a genetic disorder, **needs** his father to be at home, I don't understand how Jesse's wife will be able to run the business and take care of the two youngest children without him at home!

I am happy to provide my phone number (270-766-4050) and address (65 Edlin Lane, Elizabethtown, KY. 42701) if you have any further questions about his character.

Sincerely,

Johanna A. Sims

I am writing as a character witness for Jesse Stover, a dedicated and highly capable individual who has consistently demonstrated exceptional qualities in both personal and professional capacities. I have had the pleasure of knowing Jesse for many years, and without hesitation, I can attest to his outstanding character and work ethic.

Jesse is a person of unwavering integrity and moral compass. In all my interactions with him, he has exhibited a strong sense of responsibility, honesty, and respect for others. His commitment to upholding high ethical standards is truly commendable, and he approaches every aspect of his life with sincerity and dedication to God, his family and his profession.

Professionally, Jesse has proven himself to be a diligent and effective vendor serving our area with high quality services. Jesse has assisted my real estate company many times and has displayed professionalism and integrity.

Beyond his professional achievements, Jesse is a compassionate and empathetic individual. He has demonstrated a genuine concern for the well-being of those around him and is always willing to lend a helping hand. His positive attitude and ability to connect with people make him a valued member of any community.

In conclusion, I have the utmost confidence in Jesse Stover's abilities and character. He is a person of great integrity, intelligence, and warmth. Jesse is a good hearted individual and I believe in his commitment to our community and to his family.

Sincerely,

*Patrick L. Willis*

Patrick Willis
FHRA, Inc. Realtors

Lucas Young
Blessed Assurance
Community Services, LLC
10233 Boston Road
Boston, KY 40107

January 7 2024

To whom it may concern:

My name is Lucas Young, I am a Registered Nurse and Assistant Executive Director of Blessed Assurance Community Services in Boston Kentucky. We are a residential and adult day training provider for individuals with acquired brain injuries and intellectual and physical disabilities.

My letter is to provide perspective to the character of William Stover that I have directly witness in the years that I have known him.

Being someone who has dedicated their life to providing for mentally and physically disabled individuals, I have seen and know the struggles caring for a disabled family member, especially a child. Jessy has provided much needed support to his wife in her direct care of their disabled child. Working long hours to provide for his family and their additional support required to advance a disabled child's abilities in the critical early stages. Without the emotional, physical and financial support William provides for his family, I am uncertain if their disabled would fair as well as he has during this very crucial and difficult period in his development.

Rather than rely on the generosity of the governmental support offered, William has dug his heels in and provided the additional funds his dependant child requires, a devoted american not wanted to extract funds from the already taxed medicaid system mustering his strength and abled body to do what is necessary.

William has directly assisted me in charitable service to our local community members, caring and doing things for people who are unable to complete them on their own. Baring not only the labor burden but financial burden as well. William did not stop with just his local community, his heart has compelled him to travel to more distant Americans in need.

William was quick to rally support and travel to Mayfield KY in 2022 due to the declared Natural Disaster, to provide support to first responders in search and rescue. I saw his passion and urgency to complete search and rescue for unaccounted victims. Repeatedly verbalizing what was in his heart; the plausible imaginative victims stuck inside of structures freezing and injured. Attempted to spur on FEMA officials and local search and rescue teams to begin action and disperse teams to affected areas as quickly as possible.

I thought here is a man who cares about the people and his country and just wants to serve those in need and couldn't stand the thought there were individuals of all backgrounds trapped, helpless, injured and in great need.

He rapidly responded to the flooding in Florida in 2023, offering water restoration services to his national neighbors, bearing personal costs to help out those already burdened with survival and the overwhelming need to begin the tiresome process of picking their life up again and starting over.

To summarize William is a good provider to his family and to his country.
Thank you for your time and attention to this matter.

Sincerely,

Lucas Young
Assistant ED, RN



A-0018

2/21/2024

To Whom it May Concern:

I'm writing this on behalf of William Stover who I know as Jesse.  Jesse's mother, Wanda, and I have attended the same women's Bible study group together for many years and she has spoken often through the years of her children and the efforts she has made to instill positive values into their lives.

I met Jesse about 4 years ago when he was just getting started in his new carpet cleaning business. He did some work for my elderly mother and me. I found this young man to be friendly, polite and professional.

I know very little about Jesse's involvement in the events which have led to his recent conviction.  I do feel, however that he, his family and surely his business have already suffered as a result of his actions. I'm praying he will be shown mercy in his upcoming sentencing.

Thank you for your consideration.

Donetta Pierce

To Whom It May Concern,

I've known Jesse Stover since 2015. He and I were managers at the same company. And then in 2021 I had a midlife crisis. And came to grips I was an alcoholic. He was there for me every step of the way. Even while I was in treatment. And believed in me when I didn't even believe in myself. After treatment of the soul sickness that I suffered from he gave me employment and let me use his work vehicle. I've been sober for 2 years now. He's a dear friend of mine and I will always remember how he helped me when I had no one. He's definitely a stand-up guy. A family man, a business owner, and a good friend. I mean that.

Sincerely,

Drew Burgess

270-312-0675

108 Overall Phillips Rd
Elizabethtown KY, 42701
(270) 723-3102
john@calinol.com

17th December, 2023

**Judge Nichols**

**Re: Jesse Stover**

Dear Judge Nichols,

I've been asked to share a bit related to my experience  with Jesse Stover, and essentially how I feel about him. It's my pleasure to help in this way as our families have become good friends.

I'm John Pack, and my wife Rebecca along with our teenage boys live in Elizabethtown KY.  I met Jesse one day last summer after setting up an appointment with his company to come and clean our carpet in the basement after a water leak. Right off the bat we clicked, and began sharing personally with one another. The estimate he was doing only took about 30 minutes but we spent over 3 hours together talking about business, faith, life and family. I distinctly remember telling my wife about our remarkable encounter and that I was sure we would become actual friends.

Over the next couple months, we hung out and texted regularly and had lunch a couple times. He and his family even began coming to our home a couple times a month for dinner and bible study with some of our other friends. In about August he texted to see if I wanted to stop by his job site to hang out, and I did. That was the day he shared with me about what happened on Jan 6th. His past is his business, but I sure am grateful he decided to be transparent with me in this way. The humility and remorse that he exuded as he shared was powerful and seemed sincere. He didn't make excuses, in fact quite the opposite, he counted the entire thing as a mistake. After learning this detail about his past, it made me all the more confident that Jesse is a guy I want my boys to know, because it's important for them to know big manly men that are gentle and love Jesus with everything they've got. Tough guys, that can admit when they are wrong. Strong men, that impact everything they touch...with kindness and love.

I love him and trust him and have all the grace in the world for his past and tremendous hope for his future.

To Whom It May Concern:

I am writing in regards to Jesse Stover, a former student and someone I consider a friend.  My name is Joshua Johnson.  I am in my 22nd year as a public school teacher here in Elizabethtown, Kentucky.  I am also the owner of a 21 year old martial arts business.

I have personally known Mr. Stover for nearly 2 decades.  He  has been a student of mine and I have also had the pleasure of teaching all of his children.  During his time as a  student, I was impressed with Mr. Stover's  work ethic, his attention to detail, and his coachability.  He was always a good training partner and a good friend to the very diverse students we service.  Over his time with us, he elevated himself as an example and leader within our organization.

The Jesse Stover I know is a dedicated family man and hard worker.  He runs a successful business and carries a great reputation.  I have even hired him and his boys to help me work on my landscaping.

In conclusion, I would like to emphasize that Jesse Stover has been a fine citizen and is a great asset to our community. I am always impressed with his dedication as a husband and father.   While we have occasionally disagreed on politics, our common ground has always been dedication to our community and fellow citizens.

Sincerely,

Joshua L Johnson

Joshua L. Johnson