UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-237 (CJN) |
| | : | |
| NATHAN HUGHES, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER
EVIDENCE PURSUANT TO RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America hereby provides notice to defendant of its intention to offer self-authenticating evidence pursuant to Rule 902(11) of the Federal Rules of Evidence during its case-in-chief.

The Second Superseding Indictment charges defendant with numerous counts including civil disorder and aiding and abetting, in violation of Title 18, United States Code, Section 231(a)(3) and 2 (Count One); assaulting, resisting, or impeding certain officers, in violation of Title 18, United States Code, Section 111(a)(1) (Count Two); entering and remaining in a restricted building or grounds, in violation of Title 18, United States Code, Section 1752(a)(1) (Count Three); disorderly and disruptive conduct in a restricted building or grounds, in violation of Title 18, United States Code, Section 1752(a)(2) (Count Four); and impeding passage through the Capitol grounds or buildings, in violation of Title 40, Untied States Code, Section 5104(e)(2)(E) (Count Five).

At trial, the government will introduce a number of business records, including records from Synchrony Bank, Branded Bills, Safeway Inc., and the House and Senate Recording Studios. The government will introduce these business records pursuant to Rules 803(6) and 902(11). The specific records that the government will introduce pursuant to those rules are identified in the

1

chart below and copies of the corresponding Rule 902(11) certification forms are attached. *See* Exhibits A and B.

| Gov. Exhibit | Description | Source | Corresponding Certification |
|---|---|---|---|
| 603 and 604 | Email to Safeway employees re: early closure of Washington, D.C. area Safeway stores on January 6, 2021 (redacted) and Safeway Mid-Atlantic Daily Sales Reports, January 5, 2021 to January 7, 2021 | Safeway Inc. | Exhibit A |
| 002 | Montage video of congressional proceeding on January 6, 2021 | Senate and House Recording Studio footage | Exhibit B |
| 901 and subparts | Branded Bills receipts of purchase | Branded Bills | Exhibit C |
| 902 and subparts | Synchrony Bank records for account x7653 | Synchrony Bank | Exhibit D |

Rule 902(11) provides that:

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted … [t]he original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record – and must make the record and certification available for inspection – so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

The attached certifications attest to the foundational requirements set forth by these rules. Therefore, the above exhibits are admissible in evidence in this case pursuant to Rule 902(11).

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
           KAITLIN KLAMANN
           SEAN MCCAULEY
           Assistant United States Attorneys