UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 23-cr-237 CJN |
| ) | |
| NATHAN EARL HUGHES ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT NATHAN HUGHES' SUPPLEMENT TO MOTION TO CONTINUE SENTENCING**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant Nathan Hughes, by and through his undersigned counsel of record William L. Shipley, and hereby respectfully files this supplement to his now pending Motion to Continue Sentencing.

On December 7, 2024, Defendant Hughes filed a motion to continue his sentencing under seal that is currently set for December 16, 2024.  This supplement addresses an additional basis distinct and unrelated to the issues under seal.

Since Defendant Hughes' Change of Plea Hearing on August 6, 2024, two recent events have added to the justification for continuing this sentence until after the upcoming inauguration of President-Elect Trump.

The question as to how this case proceeds forward involves the continued exercise of prosecutorial discretion by the Biden Justice Department.  The first recent development is that on December 1, 2024, President Biden issued a pardon of his son, Hunter Biden, who was pending sentencing based on criminal convictions of felony offenses in the District of Delaware and the Central District of California. Terminating those prosecutions prior to sentencing resulted in the dismissal of both cases, fatality undermining the Government's claim in this case as to the public's interest in a speedy trial/sentencing and prompt administration of justice.  Thus, there is no actual harm to the Government from a delay of six to eight weeks to conduct the sentencing hearing in this case if the case is not dismissed in that period of time.

There is, however, substantial harm to the defendant from having his case finalized and judgment entered against him on December 16, 2024.  The

result of going forward with the sentencing as scheduled is that a judgment of conviction on two felony offenses will be entered in the docket of this case.

The second development has been the explicit representation on December 8, 2024, by President- Elect Trump of his intention to provide some form of relief to individuals such as Mr. Hughes, convicted in connection with the events of January 6, 2021.  During an interview on NBC News, President-Elect Trump stated his unequivocal intention to act in this regard on "day one" of his administration, January 20, 2025.  This is a materially different circumstance than when this motion was previously put before the Court.  At that time, the circumstances were such that the only promises that had been made were various representations made by Candidate Trump during the course of the campaign, followed by his victory in the election.[1]

Now, however, in his capacity as "President-Elect",  he has made an express statement of intention and planning that will be put into effect beginning on his first day in office, January 20, 2025.  If this matter is continued until after that date it is almost a certainty that the exercise of prosecutorial discretion will result in the dismissal of this matter, a different sentencing posture adopted by the Government in the Sentencing Statement it has filed.  The outcome of Mr. Hughes sentencing, if it goes forward after January 20, 2025, could be significantly different that otherwise might be the case.

---

[1] Defendant Hughes previously filed a Motion to Continue All Matters in this case.  This Court denied the motion on November 14, 2024.

Based on the above, Defendant Hughes submits this is a further equitable basis upon which the Court should delay his sentencing for a period of 45 days.

Dated: December 10, 2024            Respectfully submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com