## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 23-cr-237 CJN** |
| | ) | |
| **NATHAN EARL HUGHES** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## NATHAN HUGHES' MOTION TO EXPUNGE DNA RECORD

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES Nathan Hughes, by and through his undersigned counsel of record, William L. Shipley, and respectfully files this Motion to Expunge DNA Record.

Pursuant to 34 U.S.C. Sec. 12592(D)(1)(a)(ii)
(A) The Director of the Federal Bureau of Investigation shall promptly expunge from the index described in subsection (a) the DNA analysis of a person included in the index—
(ii) on the basis of an arrest under the authority of the United States, if the Attorney General receives, for each charge against the person on the basis of which the analysis was or could have been included in the index, a certified copy of a final court order establishing that such charge has been dismissed or has resulted in an acquittal or that no charge was filed within the applicable time period.

On January 21, 2025, the Government moved to dismiss the case against Mr. Hughes based on the presidential pardon issued by President Trump.

On January 25, 2025, this Court issued an order granting the Government's motion dismissing the case against Mr. Hughes.

Wherefore, based on the language of 18 U.S.C. Sec. 12592, Mr. Hughes requests this Court to issue an order directing the Director of the FBI to expunge the DNA analysis collected with Mr. Hughes' arrest to this case.

Dated: February 6, 2025                    Respectfully submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com